# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HARPER, SUE HARPER, MELANIE JAQUESS, CHUCK SALLADE, and MICHAEL MALONE, individually and on behalf of classes of similarly situated individuals,<br><br>        Plaintiffs,<br>  v.<br><br>T-MOBILE US, INC.,<br><br>        Defendant. | No. 2:21-cv-1169-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Michael Harper, Sue Harper, Melanie Jaquess, Chuck Sallade, and Michael Malone and Defendant T-Mobile US, Inc., (the "Parties") stipulate that T-Mobile's deadline to answer or otherwise to respond to the Complaint, currently set for October 21, 2021, shall be extended pending the Court's ruling on T-Mobile's pending motion to stay proceedings, ECF No. 20. If the motion is denied, T-Mobile's deadline to answer or otherwise respond to the Complaint shall be 30 days after the denial of the motion. If the Court grants the motion to stay, any deadline will be set following resolution of the motion to transfer pending before the Judicial Panel on Multidistrict Litigation ("JPML").

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
(No. 2:21-cv-1169-BJR) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154287808.1

Case 4:21-cv-00894-BCW   Document 24   Filed 10/19/21   Page 1 of 4

Good cause exists for this extension because Plaintiffs filed a motion with the JPML to transfer all cases related to an August 2021 data-security incident for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. *See In re T-Mobile Customer Data Sec. Breach Litig.*, MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1). Plaintiffs, T-Mobile, and plaintiffs in related cases have noticed numerous cases as related that should be transferred. *See id.* (ECF Nos. 2, 8-1, 11, 20, 48, 62, 65). The extension will conserve judicial resources by potentially avoiding motion practice that may ultimately turn out to be unnecessary depending on how the litigation develops and progresses in light of anticipated consolidation into an MDL.

Dated: October 18, 2021

By: */s/ Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
　　　　KOSullivan@perkinscoie.com
　　　　LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1169-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154287808.1　Case 4:21-cv-00894-BCW　　Document 24　　Filed 10/19/21　　Page 2 of 4

| | |
|---|---|
| 1 | */s/ Kim D. Stephens* |
| | Kim D. Stephens, P.S., WSBA #11984 |
| 2 | */s/Jason T. Dennett* |
| | Jason T. Dennett, WSBA #30686 |
| 3 | */s/Kaleigh N. Powell* |
| | Kaleigh N. Powell, WSBA #52684 |
| 4 | **TOUSLEY BRAIN STEPHENS PLLC** |

1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
E-Mail: jdennett@tousley.com
kstephens@tousley.com
kpowell@tousley.com

Stephen R. Basser (*pro hac vice*)
Samuel M. Ward (*pro hac vice*)
**BARRACK RODOS & BACINE**
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
E-Mail: sbasser@barrack.com
sward@barrack.com

Jordan L. Lurie (*pro hac vice*)
Ari Y. Basser (*pro hac vice*)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
E-Mail: jllurie@pomlaw.com
abasser@pomlaw.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1169-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT IS SO ORDERED.

Dated this 19th day of October 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented By:

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
      KOSullivan@perkinscoie.com
      LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
(No. 2:21-cv-1169-BJR) - 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154287808.1

Case 4:21-cv-00894-BCW    Document 24    Filed 10/19/21    Page 4 of 4